1

2

3

4

5                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
6                                      AT TACOMA

7

8    UNITED STATES OF AMERICA,

                    Plaintiff,              CASE NO. CR15-5200BHS

9                                           ORDER
            v.

10
     PHILIP DOUGLAS HARRIS,

11
                    Defendant.

12

            This matter comes before the Court on the Defendant's Unopposed Motion to Continue
13
     Trial Date and Pretrial Motions date.  The Court, having considered the unopposed motion and
14
     the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:
15
            1.  A continuance of the trial date will allow the defense additional time to conduct
16
     appropriate investigation into the circumstances surrounding the offense.
17
            2.  The defense needs additional time to explore all relevant issues and defenses
18
     applicable to the case, which would make it unreasonable to expect adequate preparation for
19
     pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act
20
     and currently set for this case.  18 U.S.C. § 3161(h)(7)(B)(ii).
21

22

ORDER - 1

1    3.   Taking into account the exercise of due diligence, a continuance is necessary to allow

2 the defendant the reasonable time for effective preparation his defense, to explore resolution of

3 this case before trial and to ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4    4.   Proceeding to trial absent adequate time for the defense to prepare would result in a

miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5

6    5.   The ends of justice served by granting this continuance outweigh the best interests of

the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

7

8    6.   Defendant waived speedy trial through September 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

9
That the trial date is continued from June 16, 2015 to September 8, 2015 at 9:00 a.m.;

10
Pretrial Conference is set for August 31, 2015, at 10:00 a.m.; pretrial motions are due by July 30,

11 2015.  The resulting period of delay from May 29, 2015, to September 8, 2015, is hereby

12 excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

13    Dated this 1st day of June, 2015.

14

15

16
_____
     BENJAMIN H. SETTLE
17    United States District Judge

18

19

20

21

22

ORDER - 2